# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| THOMAS SORIA, JR., | ) | 3:09-CV-0762-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 15, 2011 |
| HOWARD SKOLNIK, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Before the court is plaintiff's motion to amend the scheduling order (#20).  Defendants have filed a response (#21), and plaintiff replied (#24).  Defendants' motion for leave to file sur-reply (#25) is **GRANTED**.  The Clerk shall detach and file the sur-reply attached to defendants' motion.

     Plaintiff has had adequate time to complete discovery; therefore, plaintiff's motion to amend the scheduling order (#20) is **DENIED.**

     **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
       Deputy Clerk