```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

        JUL 19 2011

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

THOMAS SORIA, JR., )   3:09-CV-0762-RCJ (VPC)
)
Plaintiff, )   **MINUTES OF THE COURT**
)
vs. )   July 19, 2011
)
HOWARD SKOLNIK, et al., )
)
Defendants. )
_____)

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: _____LISA MANN_____    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Several motions are pending before the court. Each motion is addressed in turn.

1. **Plaintiff's Motion to Compel Discovery (#30)**

Plaintiff filed his motion to compel discovery (#30), defendants opposed (#32), and plaintiff filed no reply. On August 6, 2010, plaintiff filed a nearly identical motion to compel (#8), which was fully briefed. The court denied plaintiff's motion on October 20, 2010 (#12). Plaintiff did not object to this court's order denying his original motion to compel and simply resubmits it without citing any reason for doing so. The motion to compel (#30) is **DENIED**.

2. **Plaintiff's Motion for Extension of Time (#33)**

The deadline to file a dispositive motion in this case was June 30, 2011 (#19) and defendants timely filed their motion for summary judgment on June 15, 2011 (#26). However, defendants do not oppose giving plaintiff an additional sixty days, or until **August 29, 2011**, to allow plaintiff to file his own motion for summary judgment. Plaintiff's motion for extension of time (#33) is **GRANTED. However, plaintiff will be given no further extensions of time.**

3. **Plaintiff's Motion for Enlargement of Time to Oppose Defendants' Motion for Summary Judgment (First Request) (#38)**

Plaintiff has also moved for an extension of time, until September 24, 2011, in which to filed his opposition to defendants' motion for summary judgment, and defendants filed a notice of non-opposition (#41). Plaintiff's motion (#38) is **GRANTED**. However, **there will be no further extensions of this order.**

4. **Plaintiff's Motion to Stay Pending Ruling on Objection (#35)**

Plaintiff has also filed an objection to this court's order (#27) and a request for stay of all pending deadlines pending decision on objection (#s 34 & 35). The District Court will rule on plaintiff's objection to this court's June 15, 2011 order. However, because this court denies plaintiff's motion to compel discovery (#30) and has granted plaintiff's motion for extension of time to file his own dispositive motion (#33) and to oppose defendants' motion for summary judgment, plaintiff's motion for a stay of all pending deadline pending decision on objection (#34) is **DENIED**.

5. **Plaintiff's Request for Certification and Notice under Fed.R.Civ.P. 5.1 of a challenge to a federal statute (#39)**

Federal Rule of Civil Procedure 5.1 requires a party who is challenging the constitutionality of a federal statute to promptly identify the constitutional challenge and serve notice of the challenge on the Attorney General of the United States. Pursuant to 28 U.S.C. § 2403, the court must certify that the appropriate attorney general has been questioned.

Fed.R.Civ.P. 5.1 is inapplicable in this case. Defendants are not challenging the constitutionality of RLUIPA; therefore notification and certification pursuant to Fed.R.Civ. P. 5.1 and 28 U.S.C. § 2403 is not necessary. Plaintiff's motion (#39) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk