# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THOMAS SORIA, JR.,                    )        3:09-CV-0762-RCJ (VPC)
                                      )
       Plaintiff,        )        **MINUTES OF THE COURT**
                                      )
   vs.                          )        January 11, 2012
                                      )
NEVADA DEPARTMENT OF                  )
CORRECTIONS, et al.,                  )
                                      )
       Defendants.       )
_____)

PRESENT:    <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>LISA MANN</u>      REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PETITIONER(S): <u>NONE APPEARING</u>

COUNSEL FOR RESPONDENT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

      Defendants' moved to strike plaintiff's opposition to defendants' motion for summary judgment (#51) on the grounds that it is approximately thirteen days late and he failed to serve a copy upon the defendants.  Plaintiff opposed the motion and attached a postage receipt (#56).  Defendants replied (#59).

      In the interest of judicial economy and the court's preference for resolving cases on the merits, defendants' motion to strike (#51) is **DENIED**.  The court also notes that it has granted innumerable extensions of time to the Office of the Attorney General for a myriad of reasons over the years both in advance of deadlines and after deadlines have expired.  A large number of extensions of time have been granted due to the caseload of counsel in the Attorney General's Office. In light of that fact, filing a forty-two page motion to strike a tardy opposition from a prisoner might not be considered a wise use of time and resources.

      **IT IS SO ORDERED.**

                              LANCE S. WILSON, CLERK

                   By:_____/s/_____
                               Deputy Clerk