UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| THOMAS SORIA, JR., | ) | 3:09-CV-0762-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 11, 2012 |
| | ) | |
| NEVADA DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' moved to strike plaintiff's opposition to defendants' motion for summary judgment (#51) on the grounds that it is approximately thirteen days late and he failed to serve a copy upon the defendants. Plaintiff opposed the motion and attached a postage receipt (#56). Defendants replied (#59).

In the interest of judicial economy and the court's preference for resolving cases on the merits, defendants' motion to strike (#51) is **DENIED**. The court also notes that it has granted innumerable extensions of time to the Office of the Attorney General for a myriad of reasons over the years both in advance of deadlines and after deadlines have expired. A large number of extensions of time have been granted due to the caseload of counsel in the Attorney General's Office. In light of that fact, filing a forty-two page motion to strike a tardy opposition from a prisoner might not be considered a wise use of time and resources.

   IT IS SO ORDERED.

                                    LANCE S. WILSON, CLERK

                           By:          /s/
                                    Deputy Clerk